# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CLAUDE DOUGLAS

VERSUS

THE BOARD OF SUPERVISORS FOR
THE UNIVERSITY OF LOUISIANA
SYSTEM

NO. 2019 CW 0876

**JAN 1 4 2020**

---

In Re:   The Board of Supervisors for the University of
Louisiana System, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 644910.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** Even assuming that the plaintiff, Claude
Douglas, has made a prima facie case of retaliation under the
burden shifting framework established in **McDonnell Douglas Corp.
v. Green**, 411 U.S. 792, 802-04, 93 S.Ct. 1817, 1824-25, 36
L.Ed.2d 668 (1973), we find that he failed to meet his burden of
raising a genuine issue of material fact showing that the non-
retaliatory reason given by the relator, the Board of
Supervisors for the University of Louisiana System, for Douglas'
termination was in fact pretext for the real retaliatory
purpose. See **Mbarika v. Board of Sup'rs of Louisiana State
University**, 2007-1136 (La. App. 1st Cir. 6/6/08), 992 So.2d 551,
562-63, writ denied, 2008-1490 (La. 10/3/08), 992 So.2d 1019.
Accordingly, the trial court's May 13, 2019 judgment denying the
relator's motion for summary judgment as to Douglas' retaliation
claims is reversed, the motion for summary judgment is granted
as to those claims, and Douglas' claims that he was unlawfully
terminated based on retaliation are dismissed with prejudice.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT